# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) )   3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Linda Marlene Crothers v. Bayer Corporation, et al.* | No. 10-cv-10837-DRH |
| *Sylonda Davis v. Bayer Corporation, et al.* | No. 11-cv-11179-DRH |
| *Evelyn Mercedes Inciarte-Lurer, et al. v. Bayer Corporation, et al.* | No. 12-cv-10309- DRH |
| *Indy Anna Ladd v. Bayer Corporation, et al.* | No. 10-cv-10923-DRH |
| *Jamie McIntyre v. Bayer Corporation, et al.* | No. 09-cv-10157-DRH |
| *Carrie Anne Miller v. Bayer Corporation, et al.* | No. 10-cv-10780-DRH |
| *Amanda Pomeroy v. Bayer Corporation, et al.* | No. 12-cv-10868-DRH |
| *Lorena Scandrick v. Bayer Corporation, et al.* | No. 11-cv-10416-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 21, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                      NANCY J. ROSENSTENGEL,
                                                      CLERK OF COURT

                                                      BY: /s/*Sara Jennings*
                                                            Deputy Clerk

**Dated:** April 23, 2014

Digitally signed by David R. Herndon
Date: 2014.04.23 11:24:00 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**